■ In the Matter of PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOHN DOE, Defendant. — Order of the Supreme Court, Queens County (Balbach, J.), dated February 26, 1982, affirmed insofar as appealed from, without costs or disbursements. (See *Matter of Grand Jury Proceedings (Doe),* 86 AD2d 672.) Lazer, J. P., Mangano, Gibbons and Gulotta, JJ., concur.

■ In the Matter of BARRY PFEFFER, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. — In a proceeding pursuant to CPLR article '78 in which a judgment had previously been entered directing respondents to reinstate petitioner as a probationary teacher, petitioner appeals from a judgment of the Supreme Court, Kings County (Kartell, J.), dated May 27, 1981, which dismissed his application pursuant to CPLR 5104 to hold respondents in contempt of court. Judgment affirmed, without costs or disbursements. Since the decretal paragraphs in the 1976 judgment which petitioner seeks to enforce by way of a contempt proceeding are ambiguous, Special Term properly dismissed the petition. (See *Cleary v Kenny Scow Corp.,* 57 AD2d 313.) Weinstein, J. P., O'Connor, Bracken and Rubin, JJ., concur.

■ In the Matter of PHYLLIS POLISENO, Respondent, v NICOLO POLISENO, Appellant. — In a support proceeding pursuant to article 4 of the Family Court Act, the husband appeals from an order of the Family Court, Queens County (Fogarty, J.), dated August 24, 1981, and from two further orders of the same court, dated September 8, 1981 and October 16, 1981, that amended and clarified the order of August 24, and, *inter alia,* directed the husband to pay the petitioner the sum of $180 per week as support for herself and the parties' three minor children. Orders affirmed, without costs or disbursements. On this record, a fair and reasonable sum for the support of the petitioner and the children, based upon their needs and the appellant's means, is $180 per week. Gulotta, J. P., Thompson, Brown and Niehoff, JJ., concur.

■ In the Matter of the TOWN OF OYSTER BAY, Petitioner, v PUBLIC EMPLOYMENT RELATIONS BOARD OF THE STATE OF NEW YORK, Respondent, and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Intervenor. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York State Public Employment Relations Board, dated December 29, 1980, which, *inter alia,* held that petitioner had violated section 209-a (subd 1, par [d]) of the Civil Service Law. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. No opinion. Damiani, J. P., Lazer, Gibbons and Gulotta, JJ., concur.